FILED
APR 0 7 2005   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MLR, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>KYOCERA WIRELESS CORPORATION,<br>NOVATEL WIRELESS, INC. and<br>SIERRA WIRELESS, INC.<br><br>       Defendants. | Civil Action No. 04 C 7044<br><br>Judge John W. Darrah<br>Magistrate Judge Michael T. Mason |

### NOTICE OF VOLUNTARY DISMISSAL
### OF DEFENDANT SIERRA WIRELESS, INC.

Pursuant to Rule 41(a), Fed.R.Civ.P., MLR, LLC ("MLR") hereby voluntarily dismisses with prejudice all claims made in this action against defendant Sierra Wireless, Inc. ("Sierra") only. No rights are waived or voluntarily dismissed as to any other defendant.

This voluntary dismissal is made based upon the settlement reached between MLR and Sierra.

MLR, LLC

/s/ Raymond P. Niro, Jr.
Raymond P. Niro, Jr.
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SIERRA WIRELESS, INC.** was served upon the below listed counsel of record on this __7__ day of April, 2005:

on counsel for Kyocera:

by Hand Delivery:

J. Pieter Van Es
Wendell W. Harris
Banner & Witcoff, Ltd.
10 South Wacker Dr., Suite 3000
Chicago, Illinois 60606
Phone: (312) 463-5000
Fax: (312) 463-5001
wharris@bannerwitcoff.com

by Federal Express:

Stuart Lubitz
Bruce G. Chapman
David H. Ben-Meir
Robert J. Benson
HOGAN & HARTSON, LLP
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, California 90071
Phone: (213) 337-6700
Fax: (213) 337-6701
slubitz@hhlaw.com

on counsel for Novatel:

by Hand Delivery:

G. Peter Albert, Jr.
Jonathan R. Spivey
Matthew E. Martin
FOLEY & LARDNER, LLP
321 North Clark, Suite 2800
Chicago, Illinois 60610
Phone: (312) 832-4500
Fax: (312) 832-4700
palbert@foley.com
jspivey@foley.com
memartin@foley.com

_/s/ [signature]_
Attorneys for MLR